UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL SALIBY                                          :
       Plaintiff,

v.                                                                     :        CIVIL ACTION NO. 303CV01535 (DJS)

PETER KENDZIERSKI,
PAUL M. THOMAS, and BECKMAN
COULTER INC.
       Defendants,                                  :        OCTOBER 6, 2004

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

      Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Local Rule 56, the defendant Peter Kendzierski hereby respectfully moves this Court for the entry of Summary Judgment in his favor on all issues in this case. Plaintiff's Complaint, as pleaded, fails to sufficiently allege a viable cause of action against this defendant. As the materials filed simultaneously with this Motion demonstrate, the plaintiff cannot demonstrate that he was deprived of any constitutional rights or privileges when the defendant Officer Peter Kendzierski used his discretion and had the plaintiff taken to Yale New Haven Hospital via

**ORAL ARGUMENT REQUESTED**

an ambulance for an emergency mental evaluation. There are also no genuine issues of material fact with respect to the plaintiff's state common law and constitutional claims. Furthermore, Officer Kendzierski is entitled to qualified immunity.

In support of this motion the defendant has filed simultaneously herewith a Memorandum of Law and a Local Rule 56(a) 1 Statement of Facts not in dispute as well as the following supporting documents/exhibits:

(1) Certified copies of the Branford Police Department case reports for the subject incident dated March 5, 2002 (Exhibit 1);

(2) Excerpts of deposition transcript of the plaintiff Michael Saliby (Exhibit 2);

(3) Affidavit of Peter Kendzierski dated September 29, 2004 (Exhibit 3);

(4) Interoffice Memorandum to Michael Saliby from Patrick Raudnael and Patrick Kelly dated October 19, 2000 (Exhibit 4);

(5) Performance Evaluation Report for Michael Saliby dated February 19, 2001 (Exhibit 5);

(6) Performance Evaluation Report for Michael Saliby dated February 28, 2002 (Exhibit 6);

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

(7) Correspondence addressed to Michael Saliby by Patrick Kelly dated March 5, 2002 (Exhibit 7);

(8) Yale New Haven Hospital Connecticut Mental Health Center psychiatric evaluation report dated March 5, 2002 (Exhibit 8);

(9) Yale New Haven Hospital Emergency Services Flowsheet dated March 5, 2002 (Exhibit 9);

(10) Yale New Haven Hospital History and Progress Notes/ Restraint Flow Sheet dated March 5, 2002 (Exhibit 10);

(11) Yale New Haven Hospital History and Progress Notes and discharge note dated March 6, 2002 (Exhibit 11);

(12) Opinion of Attorney General 89-6 (Exhibit 12).

Wherefore, and for the reasons set forth in the accompanying memorandum of law, the defendant Officer Peter Kendzierski respectfully moves this Court for judgment in his favor with respect to all claims set forth against him in Count One of the plaintiff's Complaint.

        Defendant, Peter Kendzierski

BY:_____
    Andrew M. Dewey
    Baio & Associates, P.C.
    15 Elm Street
    Rocky Hill, CT 06067
    Telephone: 860-571-8880
    Facsimile: 860-571-8853
    Federal Bar No. ct07152
    E-Mail: adewey@baiolaw.com
    His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 6th day of October 2004 to all counsel of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Edward M. Richters, Esq.
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105

        _____
        Andrew M. Dewey